UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER BRIGGS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>　　　　　　　Defendant. | CASE NO. 3:24-cv-05606-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 9) |

The Court, having reviewed the Report and Recommendation (Dkt. No. 9) of Magistrate Judge Grady J. Leupold, and having reviewed *de novo* the remaining record, does hereby find and ORDER:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 9).

2. Plaintiff's motion for leave to proceed *In Forma Pauperis* (Dkt. No. 4) is DENIED, and Plaintiff's claims are DISMISSED.

Dated this 13th day of November, 2024.

1
2
3       David G. Estudillo
        United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 9) - 2